PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



Request for Modification of Conditions or Term of Probation
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Delores Kilongak                     Case Number: A02-0080 CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:    December 12, 2002

Original Offense:             Theft of Public Money

Original Sentence:            Five years probation, $7,252 restitution to U.S. Post Office

Date Supervision will Commence:   December 12, 2002

## PETITIONING THE COURT

[ ]  To extend the term of probation for _____ years, for a total term of _____ years.
[X]  To modify the conditions of probation as follows:

"The defendant shall consume no alcohol during the period of probation."

## CAUSE

On December 12, 2002, the offender was sentenced by the Honorable John W. Sedwick, Chief U.S. District Court Judge to five years probation and $7, 252 in restitution to the U.S. Post Office following her conviction for Theft of Public Money.

On February 9, 2004, a Report was filed with the Court indicating that the offender was in non-compliance with her restitution schedule of $50 per month. It was reported that the offender was having difficulty making the payment in light of the limited job opportunities in Toksook Bay, Alaska, as well as having to support a family of six children. The Court agreed not to take official court action at that time.

On March 22, 2004, a Report was filed with the Court indicating that the offender was in non-compliance with her obligation to report police contact ,when she was cited by the Bethel, Alaska Police for Endangering the Welfare of a Child on March 6, 2004. It was reported that twice since the offender's sentencing, the Alaska State Troopers had responded to the offender's residence and arrested the offender's husband (also on Federal Probation) for alcohol-related offenses and further that the offender and her husband had been drinking in Bethel and were cited for neglecting her

*Request for Modification of Conditions or Term*
*Name of Offender        :        Delores Kilongak*
*Case Number              :        A02-0080 CR (JWS)*

children. The probation officer traveled to Bethel on March 8, 2004, and met with the offender and admonished her for drinking to excess, for failing to report the police contact with the Alaska State Troopers, and transported the offender to an alcohol-treatment facility for an assessment. On March 18, 2004, the charges regarding Endangering the Welfare of a Child were dismissed. The Court agreed not to take official court action at that time.

Throughout the period of probation, the offender has submitted her Monthly Supervision Report (MSR) late and has had to be reminded with mailings and telephone calls on at least six occasions.

On December 14, 2005, the offender was found to have moved to Unalakleet from Toksook Bay without informing the probation officer and was verbally reprimanded for that violation.

On January 29, 2007, the probation officer received a call from the Alaska State Troopers in Bethel indicating that the offender had been involved in a non-criminal violation by purchasing alcohol in the dry village of Toksook Bay.

On February 2, 2007, the probation officer spoke to the offender and cautioned her about drinking and reminding her of her earlier problems with alcohol and her husband's "no alcohol" condition of supervision. She was also reminded of her obligations to her children. She was also reminded to file her November, December, and January MSRs. The offender requested a copy of her payment history, which was mailed to her that day. Thus far the offender has paid $2,216.05 of her restitution debt and has a balance remaining of $5,046.95.

On February 5, 2007, the probation office received a message from the Bethel Police Department indicating that the offender had been placed in jail on a 12-hour hold after being found drunk in Bethel. The probation officer spoke to the offender at the Yukon Kuskokwim (YK) Correctional Center and the offender said that she was in Bethel to attend an orientation for employment as a home health care provider. She met her sister Margaret Odinzoff (nee Felix) and they drank alcohol. The offender claimed that she didn't drink "that much" but didn't remember being taken to the YK Regional Hospital prior to being taken to jail. Records received from YK Health Corporation indicate that the offender was seen by Dr. Schwartz at 02:50 hours and medically cleared to be taken into "protective custody." During this conversation, the offender agreed that she had consumed alcohol to excess and would agree to a modification of her conditions to prohibit any alcohol consumption during the remaining probation term. The modification form was prepared and sent to the offender that day via U.S. Mail. The offender was told to sign and return the form as soon as possible.

On February 6, 2007, the 2007 Alaska Permanent Fund Dividend assignment form was mailed to the offender with instructions to execute it and return it as soon as it was received.

On February 21, 2007, the probation officer called the village store and was informed that the offender no longer works there.

On February 21, 2007, the offender's telephone was determined to be "disconnected." From February 21, 2007 to the date of this report, the probation officer has been unable to reach the offender due to her telephone being disconnected.

*Request for Modification of Conditions or Term*
*Name of Offender      :      Delores Kilongak*
*Case Number           :      A02-0080 CR (JWS)*

On March 2, 2007, the probation officer received in the mail Monthly Supervision Reports for November and December 2006, and January and February 2007 from the offender. The February 2007 report says nothing about the offender no longer working at the NYC store in Toksook Bay, and in fact it states that she is still working there. On March 2, 2006, a certified letter was sent to Toksook Bay indicating that the offender had until March 23, 2007 to submit her assignment form for the 2007 Alaska Permanent Fund Dividend and her Modification of Conditions form regarding alcohol use.

On March 19, 2007, the probation officer received a telephone call from the offender's sister indicating that the offender had left Toksook Bay, had moved to Anchorage and was working at a new job.

On March 20, 2007, the probation officer made another attempt to contact the offender telephonically at her home in Toksook Bay. The call went through and her husband confirmed that the offender had left approximately two weeks prior and was now in Anchorage at an unknown location.

On March 20, 2007, the probation officer located the offender at the Ingra House in Anchorage, Alaska. She was reprimanded for again changing residences and employers without telling the probation officer. She advised that she is divorcing her husband and that she was now working at the Ingra House as a housekeeper in exchange for free rent. She signed the 2007 Alaska Permanent Fund Dividend Assignment form and the attached modification form. She stated that she has not been around alcohol since her arrival in Anchorage on the 15th of March and readily agreed to the proposed modification.

*Request for Modification of Conditions or Term*
*Name of Offender       :       Delores Kilongak*
*Case Number            :       A02-0080 CR (JWS)*

        Respectfully submitted,

**REDACTED SIGNATURE**

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date: March 20, 2007

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

John W. Sedwick
U.S. District Court Judge
Date: 3-22-07

-4-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v Delores Kilongak                           Docket No. A02-0080 CR (JWS)

    I, __Delores Kilongak__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of special condition number seven of my conditions of supervised release:

"The defendant [shall] consume no alcohol during the period of probation."

Signed: *Delores Kilongak* [signature]     Date: 3-20-07
        Delores Kilongak
        Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**     Date: 3/20/07
        Eric Odegard
        U.S. Probation/Pretrial Services Officer