PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court
## for the
## District of Alaska



DEC 1 4 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.   Case No.   A02-0080-01 CR

Robert Kilongak

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on December 12, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE

Eric D. Odegard                                    Date
U.S. Probation/Pretrial Services
Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 12th day of December, 2007.

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge